within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1118. IN RE DISBARMENT OF PLAIA. It is ordered that Alan A. Plaia, of Newport Beach, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1119. IN RE DISBARMENT OF O'HARA. It is ordered that James F. O'Hara, of Little Rock, Ark., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1120. IN RE DISBARMENT OF SEGERS. It is ordered that Joseph Wm. Segers, Jr., of Fort Worth, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1121. IN RE DISBARMENT OF RAGANO. It is ordered that Frank Ragano, of Tampa, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1122. IN RE DISBARMENT OF BALES. It is ordered that Lester Bales, of Zephyrhills, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1123. IN RE DISBARMENT OF HOUCK. It is ordered that William Jerome Houck, of Hickory, N. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1124. IN RE DISBARMENT OF GLUBIN. It is ordered that Bruce Allan Glubin, of Lynbrook, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.